**No. 42932.**—Protests 6738–K, etc., of Lanz of Salzburg et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 29, 1939

**No. 42933.**—Protest 950260–G of Alfred Orlik, Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.

**No. 42934.**—Protest 459966–G of Wilbur Ellis Co. (Los Angeles).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

DECEMBER 27, 1939

**No. 42935.**——Protests 793209–G, etc., of Geo. S. Bush & Co., Inc. Abstract 42727. Application by plaintiff for rehearing granted.

DECEMBER 26, 1939

**No. 42936.**—SUIT 4216.—
*McKesson & Robbins, Inc.* v. *United States.* Abstract 39913 affirmed.

**No. 42937.**—SUIT 4230.—*Essenfield & Co. et al.* v. *United States.* Abstract 39907. Appeal dismissed.

BEFORE THE THIRD DIVISION, JANUARY 3, 1940

**No. 42938.**—Protest 995870–G of Wood, Niebuhr & Co. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. On the record presented the protest was overruled.

**No. 42939.**—Protest 997441–G of J. E. Bieber (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

**No. 42940.**—Protest 1821–K of Neuman & Schwiers Co., Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.